No. 26-1070

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIRST CIRCUIT

STATE OF RHODE ISLAND, *et al.*

*Plaintiffs-Appellees*,

v.

DONALD J. TRUMP, *et al.*,

*Defendants-Appellants.*

## ASSENTED-TO MOTION TO DISMISS PARTIES FROM APPEAL

The Institute of Museum and Library Services and Lisa Solomson, Senior Official Performing Duties of Director of the Institute of Museum and Library Services,[1] hereby respectfully move to be dismissed from this appeal, with respect to themselves only, with each side to bear its own costs. The remaining defendants-appellants do not seek dismissal; accordingly, the government maintains its appeal of the judgment in all other respects. Plaintiffs assent to this request.

---

[1] Vice Keith E. Sonderling. *See* Fed. R. App. P. 43(c)(2).

Respectfully submitted,

MELISSA N. PATTERSON

*/s/ Simon G. Jerome*
SIMON G. JEROME
  *Attorneys, Appellate Staff*
  *Civil Division, Room 7209*
  *U.S. Department of Justice*
  *950 Pennsylvania Ave., N.W.*
  *Washington, D.C. 20530*
  *202-514-1673*

APRIL 2026

**CERTIFICATE OF COMPLIANCE**

Pursuant to Fed. R. App. P. 32(g), I hereby certify that this motion complies with the requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared in 14-point Garamond, a proportionally spaced font, and that it complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 83 words, according to the count of Microsoft Word.

*/s/ Simon G. Jerome*

SIMON G. JEROME

## CERTIFICATE OF SERVICE

I hereby certify that, on April 3, 2026, I electronically filed the foregoing notice with the Clerk of the Court by using the appellate CM/ECF system. I further certify that the participants in the case are CM/ECF users and that service will be accomplished by using the appellate CM/ECF system.

/s/ *Simon G. Jerome*
SIMON G. JEROME