# United States Court of Appeals
## For the First Circuit

No. 26-1070

STATE OF RHODE ISLAND; STATE OF NEW YORK; STATE OF HAWAI'I; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; PEOPLE OF THE STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF OREGON; STATE OF VERMONT; STATE OF WASHINGTON; STATE OF WISCONSIN; STATE OF ARIZONA,

Plaintiffs - Appellees,

v.

DONALD J. TRUMP, in the official capacity as President of the United States; MINORITY BUSINESS DEVELOPMENT AGENCY; MADIHA D. LATIF, in the official capacity as Deputy Under Secretary of Commerce for Minority Business Development; HOWARD LUTNICK, in the official capacity as Secretary of Commerce; FEDERAL MEDIATION AND CONCILIATION SERVICE; GREGORY GOLDSTEIN, in the official capacity as Acting Director of the Federal Mediation and Conciliation Service; RUSSELL T. VOUGHT, in the official capacity as Director of the Office of Management and Budget; U.S. OFFICE OF MANAGEMENT AND BUDGET; U.S. INTERAGENCY COUNCIL ON HOMELESSNESS; KENNETH JACKSON, in the official capacity as Acting Executive Director of the U.S. Interagency Council of Homelessness,

Defendants - Appellants,

INSTITUTE OF MUSEUM AND LIBRARY SERVICES; LISA SOLOMSON, in the official capacity as Senior Official Performing Duties of Director of the Institute of Museum and Library Services,

Defendants.

### ORDER OF COURT

Entered: April 6, 2026
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellants' assented-to motion seeking partial voluntary dismissal of the above-captioned appeal, it is hereby ordered that this case be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with respect to appellants Institute of Museum and Library Services and Lisa Solomson only, with each party to bear its own costs. Nothing in this order should be

construed to affect the appeal as to Federal Mediation and Conciliation Service, Gregory Goldstein, Kenneth Jackson, Madiha D. Latif, Howard W. Lutnick, Minority Business Development Agency, Donald J. Trump, US Interagency Council on Homelessness, US Office of Management and Budget, and Russell Thurlow Vought, which remains pending.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Kathryn M. Sabatini, Natalya A. Buckler, Katherine Connolly Sadeck, Keith D. Hoffmann, Paul Timothy James Meosky, Rabia Muqaddam, Kartik Naram, Abigail Katowitz-Liu, Sean Bunny, David Dana Day, Kaliko'oānlani Diara Fernandes, Thomas Patterson, Jay C. Russell, Zelda Rose Vassar, Anya M. Binsacca, David Moskowitz, Ashley H. Meskill, Vanessa L. Kassab, Ian R. Liston, Sarah A. Hunger, Holly F.B. Berlin, Katharine Pinckney Roberts, Vivian A. Mikhail, Keith Jamieson, Katherine B. Dirks, Neil Giovanatti, BreAnna J. Listermann, Jacob Patsch Harris, Heidi Parry Stern, Kiel Ireland, Joshua Paul Bohn, Max Lesser, Anjana Samant, Brian Simmonds Marshall, Erin Galli, Ryan P. Kane, Kate S. Worthington, Sarah Elizabeth Smith-Levy, Colin T. Roth, Syreeta Tyrell, Lauren S. Zurier, Kevin M. Bolan, Melissa N. Patterson, Kevin Love Hubbard, Simon Gregory Jerome, Abigail Stout, Heidy L. Gonzalez, Julia Heiman