# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

STATE OF RHODE ISLAND, *et al.*

*Plaintiffs-Appellees*,

v.

DONALD J. TRUMP, *et al.*,

*Defendants-Appellants.*

## NOTICE OF SUBSTITUTION OF PUBLIC OFFICER

The government hereby respectfully notifies the Court that Anna Davis, General Counsel performing the duties of the Director of the Federal Mediation and Conciliation Service, has replaced Gregory Goldstein in the official capacity as Acting Director of the Federal Mediation and Conciliation Service.  Ms. Davis is substituted automatically for Mr. Goldstein pursuant to Federal Rule of Appellate Procedure 43(c)(2), and the government respectfully suggests that the official caption be amended accordingly.

Respectfully submitted,

MELISSA N. PATTERSON

*/s/ Simon G. Jerome*
SIMON G. JEROME
  *Attorneys, Appellate Staff*
  *Civil Division, Room 7209*
  *U.S. Department of Justice*
  *950 Pennsylvania Ave., N.W.*
  *Washington, D.C. 20530*
  *202-514-1673*

APRIL 2026

## CERTIFICATE OF SERVICE

I hereby certify that, on April 8, 2026, I electronically filed the foregoing notice with the Clerk of the Court by using the appellate CM/ECF system.  I further certify that the participants in the case are CM/ECF users and that service will be accomplished by using the appellate CM/ECF system.

*/s/ Simon G. Jerome*
SIMON G. JEROME