# United States Court of Appeals
## For the First Circuit

---

### NOTICE OF APPEARANCE

**No.** 26-1070          **Short Title:** Rhode Island v. Trump

  The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
Professors William W. Buzbee, Noah Rosenblum, and Jodi Short _____ as the

[ ] appellant(s)          [ ] appellee(s)          [✔] amicus curiae

[ ] petitioner(s)          [ ] respondent(s)          [ ] intervenor(s)

/s/ Patrick R. Jacobi _____          May 6, 2026 _____
Signature          Date

Patrick R. Jacobi _____
Name

 Center for Applied Environmental Law and Policy          (703) 405-8950 _____
Firm Name (if applicable)          Telephone Number

712 H Street NE, Suite 90006          N/A _____
Address          Fax Number

Washington, DC  20002          patrick.jacobi@caelp.org _____
City, State, Zip Code          Email (required)

Court of Appeals Bar Number: 1218737 _____

Has this case or any related case previously been on appeal?

[ ] No          [✔] Yes   Court of Appeals No. 25-1477 _____

=========================================================================

  **Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court.  1st Cir. R. 12.0(a).

  **Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application.  1st Cir. R. 46.0(a)(2).