No. 26-1070

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

STATE OF RHODE ISLAND; STATE OF NEW YORK; STATE OF HAWAI'I; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; PEOPLE OF THE STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF OREGON; STATE OF VERMONT; STATE OF WASHINGTON; STATE OF WISCONSIN; STATE OF ARIZONA,

*Plaintiffs-Appellees*,

v.

DONALD J. TRUMP, in the official capacity as President of the United States; MINORITY BUSINESS DEVELOPMENT AGENCY; JOYCE MEYER, in the official capacity as Under Secretary of Commerce for Economic Affairs performing the non-exclusive functions and duties of the Under Secretary of Commerce for Minority Business Development; HOWARD LUTNICK, in the official capacity as Secretary of Commerce; FEDERAL MEDIATION AND CONCILIATION SERVICE; ANNA DAVIS, in the official capacity as General Counsel performing the duties of the Director of the Federal Mediation and Conciliation Service; RUSSELL T. VOUGHT, in the official capacity as Director of the Office of Management and Budget; U.S. OFFICE OF MANAGEMENT AND BUDGET; U.S. INTERAGENCY COUNCIL ON HOMELESSNESS; KENNETH JACKSON, in the official capacity as Acting Executive Director of the U.S. Interagency Council on Homelessness,

*Defendants-Appellants*,

INSTITUTE OF MUSEUM AND LIBRARY SERVICES; LISA SOLOMSON, in the official capacity as Senior Official Performing Duties of Director of the Institute of Museum and Library Services,

*Defendants*.

*On Appeal from the United States District Court
for the District of Rhode Island*

**MOTION OF CONSTITUTIONAL ACCOUNTABILITY CENTER FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF IN SUPPORT OF APPELLEES AND AFFIRMANCE**

Movant Constitutional Accountability Center hereby requests leave under Federal Rule of Appellate Procedure 29(a)(3) to file an *amicus curiae* brief in support of appellees and affirmance. The brief is attached as an exhibit to this motion. In support of its motion, *amicus* states as follows:

1. Constitutional Accountability Center (CAC) is a think tank and public interest law firm dedicated to fulfilling the progressive promise of the Constitution's text and history. CAC works to improve understanding of the Constitution and accordingly has an interest in this case.

2. CAC has filed *amicus* briefs in the Supreme Court and other courts addressing the Constitution's separation of powers, including Congress's authority to determine the structure of the federal government. *See, e.g.*, Brief of Constitutional Accountability Center as *Amicus Curiae* in Support of Respondents, *Am. Fed'n of Gov't Emps., AFL-CIO v. Trump*, No. 24A1174 (U.S. filed Jun. 6, 2025); *En Banc* Brief of Current and Former Members of Congress as *Amici Curiae* in Support of Appellees and Affirmance, *National Treasury Employees Union v. Vought*, No. 25-5091 (D.C. Cir. filed Feb. 9, 2026); Brief of Constitutional Accountability Center as *Amicus Curiae* in Support of Appellant and Reversal,

*Personal Servs. Contractor Ass'n v. Trump*, No. 25-5291 (D.C. Cir. filed Dec. 3, 2025); Brief of Constitutional Accountability Center as *Amicus Curiae* in Support of Plaintiffs' Motion for Summary Judgment and in Opposition to Defendants' Motion to Dismiss or, in the Alternative, Motion for Summary Judgment, *Am. Foreign Serv. Ass'n v. Trump*, No. 25-cv-352 (D.D.C. filed Apr. 25, 2025); Brief of Members of Congress as *Amici Curiae* in Support of Plaintiffs' Motion for Preliminary Injunction, *NAACP v. United States*, No. 25-cv-00965 (D. Md. filed July 3, 2025). Accordingly, CAC has developed expertise relevant to the issues in this case, and its brief provides a unique historical perspective and more detail than the parties can provide.

3. The attached brief explains that the Constitution vests all legislative powers in Congress, including plenary authority over the structure of the federal government. Since the Founding, Congress has exercised that power to create, reorganize, and abolish federal agencies, and whenever past Presidents have restructured the federal government or abolished agencies, they have done so pursuant to authority delegated by law, and subject to appropriate restraints.

4. All parties consent to the filing of this brief.

WHEREFORE, movant respectfully requests leave to file the accompanying *amicus curiae* brief.

Respectfully submitted,

/s/ Brianne J. Gorod
Elizabeth B. Wydra
Brianne J. Gorod
Miriam Becker-Cohen
Nina G. Henry
CONSTITUTIONAL
   ACCOUNTABILITY CENTER
1730 Rhode Island Ave. NW
Suite 1200
Washington, D.C. 20036
(202) 296-6889
brianne@theusconstitution.org

*Counsel for Amicus Curiae*

Dated: May 13, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of Court for the United States Court of Appeals for the First Circuit by using the appellate CM/ECF system on May 13, 2026.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Executed this 13th day of May, 2026.

/s/ Brianne J. Gorod
Brianne J. Gorod

*Counsel for Amicus Curiae*